IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-295-RJC
(3:04-cr-250-RJC-6)

| | |
|---|---|
| JACQUES MAULICE DEGREE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court following the filing of the Fourth Circuit's en banc opinion in <u>Whiteside v. United States</u>, ___ F.3d___, 2014 WL 7245453 (4th Cir. Dec. 19, 2014). The Court granted the Government's motion to stay this § 2255 proceeding pending the resolution of the <u>Whiteside</u> case and as this case has been resolved following en banc hearing, the Government will now be ordered to file a response to Petitioner's § 2255 motion within twenty-one (21) days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that:

1. Respondent's motion to lift STAY is **GRANTED**. (Doc. No. 7).

2. Respondent's motion to hold this case in abeyance is **DISMISSED** as moot. (Doc. No. 6).

3. Respondent shall have twenty-one (21) days from entry of this Order to file a response to Petitioner's § 2255 motion and supplemental claims for relief.

**IT IS SO ORDERED.**

Signed: January 26, 2015

Robert J. Conrad, Jr.
United States District Judge